**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                                  CASE NO.  6:09-bk-17307-ABB
                                                                              Chapter 7
Carl Rodney Comstock
21955 County Road 455
Clermont, FL 34715

Lynn Sobin Comstock
21955 County Road 455
Clermont, FL 34715

      Debtor.
_____/

**<u>NOTICE OF CHANGE OF ADDRESS OF CREDITOR</u>**

    **I HEREBY CERTIFY** that the following is the correct address for **Chase NA**

**OLD Address:**                                             **NEW Address:**
Chase NA                                                          Chase NA
                                                                        PO Box 15298
                                                                        Wilmington, DE 19850

                                                                        Additional Notice to:
                                                                        Chase
                                                                        PO Box 659409
                                                                        San Antonio, TX 78265

with copies of the foregoing sent on the 25th day of November, 2009 by either electronic transmission to ECF users or by U.S. Mail to: George E. Mills Jr., Trustee; Debtor(s); and to the above listed creditor with the Debtor's original Notice of Commencement of this case.


                                                          /s/ Ishir Mehta
                                                          Ishir Mehta, P.A.
                                                          Florida Bar No. 0495778
                                                          450 East Highway 50, Suite7
                                                          Clermont, FL 34711
                                                          (352) 394-2041
                                                          ishir@cfl.rr.com
                                                          Attorney for Debtor(s)