UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                        CASE NO. 6:09-bk-17307-ABB

Carl Comstock
21955 County Road 455
Clermont, Fl 34715,

Lynn Sobin Comstock
21955 County Road 455
Clermont, FL 34715
       Debtors.

_____/

### SECOND AMENDMENT TO B SCHEDULES

COMES NOW the debtor(s) by and through their undersigned attorney and file this there Amendment to his B Schedules to ADD the following assets:

| | |
|---|---|
| 13   YEARS OLD SPAYED and BLIND FEMALE WIRE HAIR FOX TERRIER | $0 |
| 11 YEAR OLD NEUTERED MALE WIRE HAIR FOX TERRIER | $0 |
| 8 YEAR OLD MALE WIRE HAIR FOX TERRIER | $0 |
| 6 AND 1/2 YEAR OLD FEMALE WIRE HAIR FOX TERRIER | $0 |
| 4 YEAR OLD FEMALE WIRE HAIR FOX TERRIER | $0 |
| 3 YEAR OLD FEMALE WIRE HAIR FOX TERRIER | |
| 1 YEAR OLD FEMALE WIRE HAIR FOX TERRIER WITH BROKEN GROWTH PLATE AND INVERTED VULVA | $0 |
| 5 MONTH OLD FEMALE WIRE HAIR FOX TERRIER | $500 |

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief under penalty of perjury.

_____
Debtor

*Lynn Solon-Comstock*
Debtor

STATE OF FLORIDA
COUNTY OF LAKE

The foregoing instrument was acknowledged to before me under penalty of perjury on this __9__ day of February, 2010 by Carl and Lynn Comstock who are personally known to me or who provided a Driver's License as identification and who did take an oath.

NOTARY PUBLIC
MY COMMISSION EXPIRES:


I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished this __9__ day of February, 2010 to: George Mills, Trustee, PO Box 3450, Winter Park, FL 32790 and to All Creditors and Interested Parties.


ISHIR MEHTA
Comm# DD0796551
Expires 6/28/2012
Florida Notary Assn., Inc

/s/ Ishir Mehta
450 East Highway 50, Suite 7
Tavares, FL 32778
Florida Bar Number: 0495778
Phone: (352) 394-2041
Fax: (352) 394-2389
Attorney for Debtors

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Carl Rodney Comstock,**
        **Lynn Sobin Comstock**

Case No.   **6:09-bk-17307**

Debtors

Chapter       **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 500,000.00 | | |
| B - Personal Property | Yes | 4 | 37,167.86 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 830,422.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 88,173.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,035.43 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,533.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 537,167.86 | | |
| Total Liabilities | | | | 918,596.72 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re      **Carl Rodney Comstock,**
          **Lynn Sobin Comstock**

Case No. ___6:09-bk-17307___

_____,
                                      Debtors

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 7,035.43 |
| Average Expenses (from Schedule J, Line 18) | 9,533.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,875.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 316,059.98 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 88,173.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 404,233.72 |